**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7166**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GEORGE THOMAS CABEL, a/k/a PY,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, District Judge. (1:97-cr-00173-TDS-1)

Submitted: December 15, 2016      Decided: December 20, 2016

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Thomas Cabel, Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Thomas Cabel appeals from the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Cabel</u>, No. 1:97-cr-00173-TDS-1 (M.D.N.C. Aug. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

\* Although the district court granted Cabel's § 3582(c)(2) motion, the reduction granted by the court did not reduce Cabel's sentence to the full extent he requested.